ACCEPTED
03-14-00577-CR
4599065
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 12:23:57 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00577-CR

IN THE COURT OF APPEALS FOR THE
THIRD COURT OF APPEALS DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/23/2015 12:23:57 PM
JEFFREY D. KYLE
Clerk

*Nicole Dawn Holland*

*v.*

*The State of Texas*

## APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLANT

TO THE HONORABLE COURT OF APPEALS:

Appellant, Nicole Dawn Holland, respectfully presents this first motion to extend time to file her brief pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d). In support of her motion, Appellant would show the Court as follows:

### I.

Appellant's brief is due March 23, 2015.

### II.

Appellant requests additional time to complete the brief. This extension is necessary because the following matters have prevented undersigned counsel from completing the brief:

1.  Undersigned counsel has been diligently working but has been unable, despite his diligence and best efforts, to complete the brief by the deadline.

2.  Undersigned counsel is requesting the court to extend the deadline in this case to June 26, 2015.

3.  Undersigned counsel, a solo practitioner without staff, is appointed to represent Appellant.

4.  Undersigned counsel's wife was hospitalized in serious condition for approximately three weeks during the month of February. Counsel's sole responsibilities involving the care and medical decisions for his wife prevented him from working on the brief during this time. Additionally, there has been a death in counsel's family in late February. These matters, in addition to counsel's other responsibilities, as set out in this motion, have prevented him from completing the brief by the deadline.

5.  Undersigned counsel has numerous appointed trial and appellate cases which have prevented him from working on the brief in this case. These cases include the following: *The State of Texas vs. Jeffery B. Dollar,* Cause No. 41727, 424th Judicial District of Burnet County,

Texas; *The State of Texas vs. Jeffery B. Dollar,* Cause No. 41220, 424th Judicial District of Burnet County, Texas; *The State of Texas vs. Jeffery B. Dollar,* Cause No. 41715, 424th Judicial District of Burnet County, Texas (six additional cases have been subsequently filed against this defendant); *The State of Texas vs. Jarred R. Reyna,* Cause No. D1-DC-13-202990, 167th Judicial District of Travis County, Texas (retained felony); *State of Texas v. M.F,* A Juvenile, Cause No. JV-00098; In The 33rd District Court of Blanco County Sitting As A Juvenile Court (jury trial set for 1/26/2015); *State of Texas v. Timothy Simon,* Cause No. 42908, In The 424th District Court of Burnet County, Texas (complex aggravated sexual assault cases with extensive discovery/experts); *State of Texas v. Keith Posey,* Cause No. 6893, In The 33rd District Court of Llano County, Texas (retained felony DWI); *State of Texas v. Franklin Ray Greenwood, Jr.,* Cause No. 40369, In The 33rd District Court of Burnet County, Texas (Agg. Assault w/Deadly Weapon/bail jumping—on jury track); *State of Texas v. Brian K. Wilson,* Cause No. CR-6837, In The 424th District Court of Llano County, Texas; *Jane Allison Hilton,* Cause No. CR-01195, In The 424th District Court of Blanco County, Texas; *State of Texas v. Evelyn Clark,* Cause No. 43660 33rd District Court of Burnet County, Texas; *State of Texas v. Jason Moncovich,* Un-Indicted, In The 33rd District Court of Burnet County, Texas; *State of Texas v. Harold Fisher,* Un-Indicted, In The 424th District Court of Blanco County, Texas (retained felony).

6. Additionally, undersigned counsel has recently completed, or is currently working on, appellate briefs in the following appointed criminal cases: *Saul Salinas v. The State of Texas,* Cause No. 03-12-00117-CR, In The Third Court of Appeals—Austin (brief filed October 21, 2014); *City of Bertram v. Vicki Reinhardt*, Cause No. 03-14-00296-CV, In The Third Court of Appeals—Austin (brief filed 9/8/2014)(retained civil whistleblower case); *Tommy Lane Waddell v. The State of Texas*, Cause No. 13-13-00611-CR, In The Thirteenth Court of Appeals—Corpus Christi/Edinburg (brief filed 9/22/2014); *Kevin Hardin v. State of Texas*, Cause No. 03-14-00236-CR, Court of Appeals—Austin (brief filed January 5, 2015); *Terry Stevens v. The State of Texas*, Cause No. 03-14-00483-CR, In The Third Court of Appeals—Austin (brief due April 28, 2015); *Brian Taylor v. The State of Texas*, Cause No. 03-14-00173-CR, In The Third Court of Appeals—Austin (brief filed March 22, 2015).

For these reasons, the undersigned will not be able to complete the Appellant's brief by its current due date and respectfully requests that the deadline for Appellant's brief be extended approximately 90 days days (to June 26, 2015). This extension is not sought only for delay, but so that justice can be done.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests that the Court grant this motion for extension of time in which to file her

brief and that the Court grant such other and further relief to which Appellant may show herself to be justly and equitably entitled.

Respectfully submitted,

/s/ Tracy D. Cluck

_____

TRACY D. CLUCK
Texas Bar No. 00787254
1450 West Hwy. 290, #855
Dripping Springs, Texas 78620
Telephone: (512) 264-999
E-Fax:      (509) 355-1867
tracy@tracyclucklawyer.com

ATTORNEY FOR APPELLANT
NICOLE DAWN HOLLAND

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Appellant has conferred by e-mail with Gary Bunyard, Assistant District Attorney, who states that he is not opposed to this motion. This motion is being presented for the court's consideration.

/s/ Tracy D. Cluck

_____

TRACY D. CLUCK

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been served on the following counsel of record on March 23, 2015:

**VIA E-MAIL AND E-SERVE:**

Gary Bunyard
gary.bunyard@co.llano.tx.us

Assistant District Attorney
33rd & 424th Judicial Districts

Attorney for Appellee
The State of Texas

/s/ Tracy D. Cluck

TRACY D. CLUCK